NUMBERS 

13-05-706-CR 

13-05-707-CR 

13-05-708-CR 

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_________________________________________________________

 

JEFFREY
MICHAEL NOSWORTHY,                              Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

_________________________________________________________

 

                  On appeal from the 338th
District Court 

                            of Harris
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 

                    Before Rodriguez,
Castillo, and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, JEFFREY MICHAEL NOSWORTHY,
perfected appeals from  judgments entered
by the 338th District Court of Harris County,
Texas,  in cause numbers 1007295,
1007332, and 1007333.  On March 10, 2006, these causes were abated, and the trial court was
directed to conduct a hearing in accordance with Tex. R. App. P. 38.8(b)(2). 
The trial court=s findings and
recommendations were received on May 22, 2006.  The trial court found that the appellant does
not wish to prosecute his appeals.

The Court, having
considered the documents on file and the trial court=s findings and
recommendations, is of the opinion that the appeals should be dismissed.  The appeals are hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this

the 8th day of June, 2006.